```
                                    United States Bankruptcy Court
                                         District of Oregon
In re:                                                                  Case No. 17-61182-tmr
Justin Paul Cerda                                                       Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0979-6          User: Admin.                Page 1 of 2         Date Rcvd: Apr 17, 2017
                              Form ID: 309I               Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2017.
db             +Justin Paul Cerda,    2988 Game Farm Road,     Springfield, OR 97477-7517
smg            +Dept of Justice,    Division of Child Support,    Attn: Bankruptcy Unit,    POB 14670,
                 Salem, OR 97309-5013
smg            +US Attorney General,    Department of Justice,    10th & Constitution NW,
                 Washington, DC 20530-0001
101434839      +Best Buy Stores,L.P.,    7601 Penn Avenue S,    Richfield, MN 55423-8500
101434844      +McKenzie Valley Federal Credit Union,    c/o Kolin McMann, Pres.,    PO Box 823,
                 Springfield, OR 97477-0141
101434845      +Oregon Medical Group.,    1580 Valley River Drive,    Eugene, OR 97401-2179
101434846      +PennyMac,   c/o David A. Spector, President,    6101 Condor Dr.,    Moorpark, CA 93021-2602
101434849      +Register Guard Federal Credit Union.,    c/o Carolyn Smith, CEO,    850 Beltline Rd.,
                 Springfield, OR 97477-1091
101434851     ++SELCO COMMUNITY CREDIT UNION,    PO BOX 7487,    SPRINGFIELD OR 97475-0487
               (address filed with court:   SELCO Community Credit Union.,     PO Box 7487,
                 Springfield, OR 97475)
101434853      +Urgent Care,   1292 High St,    Eugene, OR 97401-3238
101434854      +Verizon Wireless.,    One Verizon Way,   Basking Ridge, NJ 07920-1097

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: noticelho@olsendaines.com Apr 18 2017 00:25:55      LARS H OLSEN,    POB 12829,
                 Salem, OR   97309
tr             +E-mail/Text: general@eugene13.com Apr 18 2017 00:26:34      Naliko Markel,    POB 467,
                 Eugene, OR 97440-0467
smg             EDI: ORREV.COM Apr 18 2017 00:23:00       ODR Bkcy,    955 Center NE #353,    Salem, OR  97301-2555
smg            +E-mail/Text: usaor.bankruptcy@usdoj.gov Apr 18 2017 00:26:45      US Attorney,    US Attorney,
                 1000 SW 3rd Ave #600,    Portland, OR 97204-2936
ust            +E-mail/Text: ustpregion18.eg.ecf@usdoj.gov Apr 18 2017 00:26:13      US Trustee, Eugene,
                 405 E 8th Ave #1100,    Eugene, OR 97401-2728
101434840       EDI: WFNNB.COM Apr 18 2017 00:23:00       Comenity Bank.,    c/o John J. Coane, Pres.,
                 1 Righter Pkwy, Ste 100,    Wilmington, DE 19803-1533
101434841      +EDI: RMSC.COM Apr 18 2017 00:23:00       Discount Tire,    GE Money,    POB 960061,
                 Orlando, FL 32896-0061
101434842      +EDI: ESSL.COM Apr 18 2017 00:23:00       Dish Network.,    P.O.Box 6655,
                 Englewood, CO 80155-6655
101434837       EDI: IRS.COM Apr 18 2017 00:23:00       IRS,    Centralized Insolvency Oper.,    PO Box 7346,
                 Philadelphia, PA 19101-7346
101434843      +EDI: CBSKOHLS.COM Apr 18 2017 00:23:00       Kohl's,    PO Box 3084,    Milwaukee, WI 53201-3084
101434838      +EDI: ORREV.COM Apr 18 2017 00:23:00       ODR,    Attn: Bankruptcy Unit,    955 Center St NE,
                 Salem, OR 97301-2555
101434847       EDI: PRA.COM Apr 18 2017 00:23:00       Portfolio Recovery Associates,
                 c/o Steven D. Fredrickson, CEO,    120 Corporate Blvd.,    Norfolk, VA 23502
101434848       E-mail/Text: bknotices@professionalcredit.com Apr 18 2017 00:26:27
                 Professional Credit Service.,    c/o Joseph Hawes, Auth. Rep.,    PO Box 7548,
                 Eugene, OR 97401
101434852       EDI: RMSC.COM Apr 18 2017 00:23:00       The Home Depot, Inc.,    2455 Paces Ferry Rd. NW,
                 Atlanta, GA 30339
101434855       EDI: RMSC.COM Apr 18 2017 00:23:00       Walmart Discover.,    POB 530927,
                 Atlanta, GA 30353-0927
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
101434850*    ++SELCO COMMUNITY CREDIT UNION,    PO BOX 7487,    SPRINGFIELD OR 97475-0487
               (address filed with court:   SELCO Community Credit Union.,     c/o Bob Newcomb, CEO,
                 299 East 11th Ave,    Eugene, OR 97401)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                       Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2017 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0

Information to identify the case:

| | | | | |
|---|---|---|---|---|
| Debtor 1: | Justin Paul Cerda | | Social Security number or ITIN: | xxx–xx–0291 |
| | First Name   Middle Name   Last Name | | EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN: _ _ _ _ EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of Oregon | | Date case filed for chapter: | 13   4/17/17 |
| Case number: | 17–61182–tmr13 | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Justin Paul Cerda | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2988 Game Farm Road<br>Springfield, OR 97477 | |
| 4. | **Debtor's attorney**<br>Name and address | LARS H OLSEN<br>POB 12829<br>Salem, OR 97309 | Contact phone (503) 362–9393 |
| 5. | **Bankruptcy trustee**<br>Name and address | Naliko Markel<br>POB 467<br>Eugene, OR 97440 | Contact phone 541–343–1555 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 405 E 8th Ave #2600<br>Eugene, OR 97401 | Office Hours 9:00 a.m. – 4:30 p.m.<br>Contact phone 541–431–4000<br>Date: 4/17/17 |

**For more information, see pages 2 & 3**

| | | |
|---|---|---|
| Debtor **Justin Paul Cerda** | | Case number **17−61182−tmr13** |

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 25, 2017 at 08:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Photo ID is required. Debtors must also provide proof of reported social security numbers (for example, social security card; medical insurance card; pay stub; W−2 form; IRS form 1099; or Social Security Admin.report). | **Location:**<br>U.S. Trustee's Office, Room 1900, 405 E 8th Ave, Eugene, OR 97401 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 60 days after the first date set for the Meeting of Creditors** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/23/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: See Fed. Rule Bankr. Proc. 3002(c)(1)** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be completed and filed at www.orb.uscourts.gov or any bankruptcy clerk's office. **Please file proof of claim electronically at www.orb.uscourts.gov. No login or password is required.**<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | If the debtor has filed a plan, it is enclosed with this notice. If the debtor has not yet filed a plan, it will be sent separately. A hearing on confirmation, at which testimony will not be received, will be held on:<br>**6/20/17** at **10:00 AM** , Location: **US Bankruptcy Court, Courtroom #5, 405 E 8th Ave, Eugene, OR 97401**<br><br>The Court may enter an order confirming a proposed plan before the scheduled hearing date if no timely objections are filed. See the "Objections to Confirmation" explanation on page 3 for procedural details. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline to object to the debtors' discharge or the dischargeability of certain debts. | |

| | |
|---|---|
| **14. Notice of Proposed Dismissal of Case** | This case may be dismissed without further prior notice if (1) all plan payments are not current, (2) the debtors fail to complete the meeting of creditors set above, or (3) the debtors fail to timely file any documents and/or make fee payments as ordered by the Court, unless within 21 days of the date in line 6 either the debtor or trustee files a written objection to dismissal, setting forth specific grounds, and sends a copy to the non–filing party (i.e., debtors or trustee). |
| **15. Objection to Confirmation** | A creditor wanting to object to any provision of the debtors' plan must file a written objection with the Court showing service on the debtors within 14 days after the meeting of creditors concludes. Filing a proof of claim rejecting the plan, or motion for relief from the automatic stay, will not be considered an objection to the confirmation. See Local Bankruptcy Rule 3015–3(c) for additional details concerning confirmation of Chapter 13 plans. |
| **16. Court Information and Legal Advice** | Court Information is available at www.orb.uscourts.gov. For account numbers, etc. contact the debtor's attorney. Contact your own attorney with other questions and to protect your rights. The clerk's office staff is forbidden by law from giving legal advice. |